```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :    **ORDER**
                                :
        - v. -                  :    S4 12 Cr. 487 (KMW)
                                :
DENISS CALOVSKIS,               :
                                :
              Defendant.        :
                                :
- - - - - - - - - - - - - - - - x

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on September 4, 2015;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         September 30, 2015

                                    _____
                                    THE HONORABLE KIMBA M. WOOD
                                    UNITED STATES DISTRICT JUDGE