# DAVID K. BERTAN
**ATTORNEY AT LAW**
888 GRAND CONCOURSE, SUITE 1N
BRONX, NEW YORK 10451

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

November 3, 2015

**Via ECF**

Hon. Kimba M. Wood, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

        Re:    USA v. Calovskis
                  12-Cr-487 (KMW)

Dear Judge Wood:

      I represent Mr. Calovskis in the above matter. Mr. Calovskis pleaded guilty on September 4, 2015, and Your Honor accepted the plea in an Order dated September 30, 2015.

      I have received a number of letters in support for Mr. Calovskis, many of which are in Russian. Thus far, my translator, Ms. Nelly Alishaev, has translated some of them. Her vouchers for her work now total approximately $1,000, with several more letters to be translated. When I first contacted Ms. Alishaev, I did not realize the volume of translation that was required, and did not believe prior authorization from this Court would be necessary. However, given that Ms. Alishaev is still working, and has already billed over $1,000, I am asking that this Court authorize Ms. Alishaev to continue her workAccordingly, I am asking that this Court authorize Ms. Alishaev to translate letters from Russian to English, with a cap of $1,500.

      Thank you for your consideration in this matter.

                        Very truly yours,
                             -S-
                        David K. Bertan

DKB
cc:    AUSA Daniel Tehrani (via e-mail)