

By decision No 014 of the National Exam Commission of June 15, 2010

# DENISS ČALOVSKIS

ID code 260585-10915

has obtained

a qualification of

Manager of Transport Enterprise

the acquired qualification corresponds to the fifth level of professional qualification

and

## PROFESSIONAL MASTER DEGREE IN MANAGEMENT OF ENTREPRENEURSHIP

O. Bınkmanis

J. Rinkmanis

Rector

Valsts pārbaudījumu komisijas priekšsēdētājs

June 15, on September 15, 2101 jūnijā

Riga
Registration No. 191

# RIGA AERONAUTICAL INSTITUTE



## PROFESSIONAL MASTER DIPLOMA

Series PD E

0027



## RIGA AERONAUTICAL INSTITUTE

## DIPLOMA SUPPLEMENT

### STUDY PROGRAMME OF MASTERS OF PROFESSIONAL HIGER EDUCATION

#### Diploma PD E No. 0027

Diploma supplement confirms to the standard of European Committee, European Council and Organization of United Nation Education, Science and Culture (UNESCO/CEPES). The supplement is created, in order to provide objective information and ensure academic and professional approval of attesting documents. In Diploma Supplement included information about the achieved studies essence, level, context, contents and status of the person mentioned in diploma original. Information is included in all eight chapters

1. **Information about diploma holder**
    1.1. Name        Deniss
    1.2. Surname     Čalovskis
    1.3. Date of birth  26.05.1985.
    1.4. Personal code 260585 - 10915
2. **Information about qualification**
    2.1. Name of qualification — *Transporta uzņēmuma vadītājs*
    2.2. Main field(s) of study for the qualification — *logics and methodology of scientific research, strategic management of entrepreneurship, global logistics, project management in entrepreneurship, modelling of transport processes*
    2.3. Name and status of the institution for achieving The qualification: — *Rīgas Aeronavigācijas Institūts, state accredited (14.11.2002), higher institution of non-university type founded by juridical person*
    2.4. Language of studies and examination language — *Russian, Latvian*
3. **Information about qualification level**
    3.1. Qualification level: — *professional master higher education*
    3.2. Official duration of the programme: — *2 year (62 C.P.) from September 2008 till June 2010*
    3.3. Enrolment requirements: — *bachelor or economic education*
4. **Information about the contents and results of studies**
    4.1. Studying form: — *part-time studies*
    4.2. Programme's requirements: — *Target: to prepare well-developed specialists with creative and analytical abilities. Results: to know and to use methods of analysis management of transport enterprise, to work in and organize efficient work.*

1

4.3. Components of the programme and person's achieved evaluation:

| No | Course name | Evaluation | Credit points | ECTS credit points |
|---|---|---|---|---|
| 1. | Global logistics | 6 (almost good) | 3 | 4,5 |
| 2. | Modelling of transport processes | 6 (almost good) | 3 | 4,5 |
| 3. | Econometrics | 6 (almost good) | 3 | 4,5 |
| 4. | Economical and financial analysis in local and cross border transportation | 5 (satisfactory) | 3 | 4,5 |
| 5. | Strategic entrepreneurship's management | 7 (good) | 2 | 3 |
| 6. | Project management in entrepreneurship | 5 (satisfactory) | 3 | 4,5 |
| 7. | Modern management theories | 7 (good) | 2 | 3 |
| 8. | International business | 6 (almost good) | 2 | 3 |
| 9. | Logics and methodology of scientific research | 7 (good) | 3 | 4,5 |
| 10. | Business English | 7 (good) | 3 | 4,5 |
| 11. | Safety management and saving of environment | 6 (almost good) | 3 | 4,5 |
| 12. | Pedagogically psychological aspects of the personnel management and the ethics of entrepreneurship | 7 (good) | 2 | 3 |
| 13. | Financial management | 4 (almost satisfactory) | 2 | 3 |
| 14. | Transport risks and insurance | 6 (almost good) | 2 | 3 |
| 15. | Practice in transport enterprise | 7 (good) | 6 | 9 |
| 16. | Qualification paper - *Analysis of ways to improve the organizational and technological processes of customs warehouse* | 6 (almost good) | 20 | 30 |

4.4. A system of marks in study programme:

| Level | Grade | Meaning | Approx. ECTS grade | % of assessment of |
|---|---|---|---|---|
| very high | 10 | with distinction | A | -- |
| very high | 9 | excellent | A | - |
| high | 8 | very good | B | 8.08 |
| high | 7 | good | C | 35.35 |
| medium | 6 | almost good | D | 42.42 |
| medium | 5 | satisfactory | E | 10.10 |
| medium | 4 | almost satisfactory | E/FX | 4.04 |
| non | 3-1 | unsatisfactory | Fail | -- |

4.5. Qualifications :   5.profesionālais kvalifikācijas līmenis

5. Information about qualification function
   5.1. Rights to continue studies :   For continuing studies in doctoral programme
   5.2. Professional status :   Professional master in Business Administration

2

6. Additional information
   6.1. Additional information:
   About the system of education         http: // www.izm.gov.lv
   About the higher institution
   and programme status                  http: // www.aikne.lv

   6.2. Sources of additional information:   Riga, Aeronautical Institute 9 Mežkalna str.
                                             Riga, LV-1058, Latvia. Phone/fax 7677831
                                             E-mail: rai.lv@ml.lv, www.rai.lv

7. Approval of supplement
   7.1. Data: 15.06.2010. reg. No. 191

   7.2. Signature:                                                    O.Brinkmanis

   7.3. Job position of signatory    : Rector

8. Information about the system of higher education in Latvia



en-point
cademic
rammes
rmacy –

med at
essional

:ycle of
:TS) or
ECTS),
choice

ycle of
20 CP,
actical

aim is
'stems,
aching

ssional
s (≥15
otional
s (≥12

s than
nd in
0 CP)

ister)

0 CP
These
level

ional
rs of
CP
de a
nesis
f the

gree

Maģistrs (master) degree (or the equivalent) is required for admission to doctoral studies. Doktors (Dr.) degree can be achieved at public defence of a doctoral thesis which may be a result of three to four years of full-time doctoral studies at a university or an equivalent amount of independent research while working at a university, research institution etc.

Latvian Council of Science appoints promotion councils and sets the procedures for awarding doctoral degrees.

**Credit point system.** Latvian credit point is defined as a one-week full-time study workload. An average workload of a full-time study year in most HE programmes is 40 CP. Latvian credit point system is compatible with ECTS. The number of ECTS credits is found by multiplying the number of Latvian credit points by a factor of 1.5.

**Grading system:** a 10-point grading scheme for knowledge assessment.

| Achievement level | Grade | Meaning | Approx. ECTS grade |
|---|---|---|---|
| very high | 10 | izcili (with distinction) | A |
| very high | 9 | teicami (excellent) | A |
| high | 8 | loti labi (very good) | B |
| high | 7 | labi (good) | C |
| medium | 6 | gandrīz labi (almost good) | D |
| medium | 5 | viduvēji (satisfactory) | E |
| medium | 4 | gandrīz viduvēji (almost satisfactory) | E/FX |
| low | 3–1 | negatīvs vērtējums (unsatisfactory) | Fail |

It must pointed out that approximation with the ECTS scale is unofficial and cannot be used for official comparison with marks recorded in a Latvian education certificate or diploma.

**Quality assurance.** According to Latvian legislation, state-recognized degrees/diplomas may be awarded upon completion of an accredited programme in an accredited HE institution holding a state-approved Satversme (by-law). Quality assessment includes self-evaluation report by the higher education institution and peer evaluation. Evaluation teams consist of at least three experts, with only one from Latvia. In most cases the other two experts are selected from Western Europe or from the Baltic States. Decisions on programme accreditation are taken by the Accreditation Board, while those on institutional accreditation – by the Higher Education Council. The first accreditation cycle was completed in 2001. Recurrent assessments have to take place once every six years.

More information:

1. On educational system     http://www.izm.lv
                              http://www.aic.lv
                              www.eurydice.org

2. On status of programmes/institutions:     http://www.aiknc.lv

A total of 8 pages bound and thread sewn

[Seal of the Institute] [Signature] Rudīte Prūse
Office manager

**Rudīte Prūse**
*DADI biroja vadītāja*

# RIGA TECHNICAL UNIVERSITY



Series BD
C Nr.1706

# BACHELOR DIPLOMA

By Computer Science and Information Technology Faculty Council decision No 497 of June 29, 2007,

## Deniss Čalovskis

Identification number 260585-10915

has obtained

**The Bachelor Degree of Engineering Science in Computer Control and Computer Science**



Autorzinātnes un informācijas tehnoloģijas fakultātes domes

Rektors                                   Ivars Knēts

Chairman                                  Uldis Sukovskis

Rīga
July 5, 2007
Record no. 122-005





A total of 2 pages thread sewn and numbered
The Rector of Riga Aeronautical Institute
[Signature] O.Brinkmanis
Riga, June 15, 2010

[Seal of the Riga Aeronautical Institute]