Светлана Рубене
Огре, Латвия
+37129919813

Уважаемый судья я хочу Вам рассказать о своем приятеле Денисе Чаловском, для меня этот человек всегда ассоциировался со скромным, тихим, сострадательным, внимательным, отзывчивым, добрым парнем. Всегда уважал старших и не поступал несправедливо. Любил читать, интересовался историей, был очень приветлив и всегда стремился к саморазвитию. Всегда было ощущение, что на него можно положится, или пожаловаться, что всегда выслушает и никогда не обидит. В нем безусловно есть доброта, которой так мало в этом мире - у Дениса это как свойство души, склад характера, проявляющиеся в сочувственном, добросердечном отношении к людям, ко всему живому, к природе, мягкосердечие, внутренняя постоянная готовность помочь, способность прощать, забывать зло и обиду, готовность к добру, к добрым делам. Ему не безразлична ситуация в нашей стране, это и проявилось в создании проекта для нашего города по ликвидации ям на дорогах "STOP BEDRES". За что ему большое спасибо.

С уважением, Светлана.

TRANSLATION OF THE ABOVE LETTER WTITTEN IN RUSSIAN INTO ENGLISH
BY: NELLY ALISHAEV

Svetlana Rubene
Ogre, Latvia
+37129919813

Your Honor,
I would like to tell You about my friend Denis Chalovsky. I always associate this person as humble, quite, compassionate, attentive, responsive and kind fellow. He always respected elders, and was always fair. He liked to read, was interested in history, was very friendly, and was always striving for self-education. You could always feel that you can rely on him, or complain to him and he would always listen to you, and he would never offend you. With no doubt, he has kindness in him, the one that we have so little in this world-for Denis it's a part of his soul, his character, which shows in his compassionate and kindhearted attitude towards people, to everything that alive, to the nature. He is soft-hearted, constantly ready to help people, he has an ability to forgive and forget the evil and the insult, and he is ready to do kind and good deeds. He cares about situation in our country; he expressed it by establishing a project "STOP BEDRES" for our city in liquidation of potholes on our roads. And for that we are most thankful.

Sincerely,
Svetlana.

Кристина Грига

Арес: Kurzemes pr. 84-33

Рига LV-1062  Латвия

Тел. 29955364

15.10.2015

Уважаемый судья! Ваша Честь!

Я, Кристина Г., парикхмахер, работаю на самозанятой деятельности, хочу вам рассказать о моём друге Денисе Чаловском. Хоть мы и знакомы всего чуть больше года, но могу с увереностью сказать что он хороший человек, добродушный и умный! Нас познакомила наша общая подруга и с момента знакомства было проведено не мало времени в компании друг друга. У нас оказались общие интересы связанные с мотоциклами и общие темы для разговоров. Он хороший собеседник и всегда знает как себя преподнести. Он всегда поддержит нужным советом и отзовётся на помощь – если это в его силах, либо поддержит морально. Уважительно относится к людям, он заботливый сын и глядя на него можно сказать что родители его хорошо воспитали, за что им отдельное спасибо! Он всячески помогал своей матери и очень тяжело перенёс уход отца с этого мира. Он социально активен, в особенности пытался привлечь внимание государства к нашим дорогам, так как у нас в Латвии во многих местах эта большая проблема – не ровные и усыпаны ямами дороги! Он не раз организовывал сбор волонтёров чтобы помочь привести в поряок наш музей авиации! Подобные действия много говорят хорошего о человеке! И так же его окружают ни чем не хуже люди!

                                                                                               С уважением Кристина Грига.

TRANSLATION OF THE ABOVE LETTER WRITTEN IN RUSSIAN INTO ENGLISH
BY: NELLY ALISHAEV

Cristina Gri a
Address: Kurzemes pr. 84-33
Ri a LV-1062 Latvia
Tel: 29955364
10-15-2015


Your Honor!

My name is Cristina G., I am a self-employed hair dresser, I would like to tell you about my friend Denis Chalovsky. Althou h we know each other only a little more than a year, I can surely say that he is a  ood, warm hearted, and a smart person! We were introduced to each other by our mutual friend, and since that moment we spent a lot of time in each other's company. It happened so that we had common interests which have to do with motorcycles and just  eneral topics of conversations. He is a  ood companion and always knows how to present himself. He always supports you with a needed advice, and he is always ready to help if he can, or he would  ive you just a moral support. He treats people with respect, he is a carin  son, lookin  at him one could say that his parents raised him  ood, and for that a separate "Thanks" to them!
He helped his mother with whatever he could and he took it very hard when his father left this world. He is socially active, specifically, he tried to draw attention of the state authorities to our roads, since it's a bi  problem at a lot of places here in Latvia- the roads are bumpy and lots of potholes! Numerous of times he or anized a  atherin  of volunteers in order to help the Museum of Aviation to be put in order! These kinds of actions say a lot about a person! Also, he is surrounded but  ood people!

Sincerely,
Cristina Gri a

Letter to Judge on Defendant's Behalf

Your Honor,

My name is Roman Drits, I am a citizen of Latvia, currently living in Hamburg, Germany, where I work as freelanced photographer and artist.
I am contacting on behalf of Deniss Calovskis, a defendant in one of your upcoming court cases. I am reaching out to you because Mr. Calovskis not only been mine long-time friend, but he is also an extraordinary person.

I have met Deniss in 2001 in Riga, Latvia. We were classmates and friends during the high school time. I have always depended on him any time I needed help, and he would have done anything for me and for anyone else in our class. He always had great relationship with teachers as well.

At all times, the most important people in Deniss' life undoubtedly were his parents – they were a great influence on his life. Now, when Deniss' father had passed away last year, and his mother is living alone in her advanced age in Riga, Latvia, I worry that she is not having her son around to take care of her, and she is not able even to see him because of her age and her financial situation.

I hope you consider this information in regards to the charges Deniss is facing. Whatever the outcome of the sentencing, I want it to be known that Deniss is an upstanding citizen of his country Latvia. Thanks you for taking the time to hear my thoughts on this matter.

Sincerely,
Roman Drits

Максим Шипилов  
Vaidelotes 15-35  
Рига LV-1029  Латвия  
тел 22035543  
15 10 2015

Уважаемый судья! Ваша Честь!

Я, Максим Шипилов, автоинженер, работаю в автоцентре БМВ, хочу рассказать о моем друге Денисе Чаловском. Мы дружим более 5 лет, у нас общее хобби - мотоциклы, нас интересуют разные аспекты: книги, фильмы, отношение к жизненным проблемам, нам интерестно дискутировать. Денис много знает, с ним интересно, умеет слушать собеседника, быть внимательным, дать правильный совет. Я могу обратиться за помощью в любое время суток, потому что дружба для нас понятие постоянное, Денис очень любит своих родителей, тяжело перенес смерть отца, он был кумиром Дениса. Любит маму, заботится о ней, помогал финансово, оплачивал счета за квартиру. Денис скромный, ценит людей по их качествам и поступкам. В его окружении достойные люди, всегда выполняет свои обещания. К людям относится так как хотел, чтобы к нему относились также.

С уважением  
Максим Шипилов

TRANSLATION OF THE ABOVE LETTER WRITTEN IN RUSSIAN INTO ENGLISH
BY: NELLY ALISHAEV

Maxim Shipilov
Vaidelotes 15-35
Riga LV-1029 Latvia
Tel: 22035543
10-15-2015

Your Honor!

    I, Maxim Shipilov, work as an auto engineer, at the auto center BMW, I want to tell you about my friend Denis Chalovsky. We are friends for more than 5 years, we have a common hobby – motorcycles, and both of us are interested in different aspects like: books, movies, view to a life problems, we are interested in disputing. Denis knows a lot, it's interesting to be around him; he can listen to his companion, attentive, and always gives a right advice. I can go to him for help at any time day or night, because friendship for us is for good. Denis loves his parents very much, he took very hard upon himself the death of his father, he was Denis's idol. He loves his mom, takes care of her, helped her financially, and paid her rent. Denis is very humble, he appreciates people according to their qualities and conduct. He is surrounded by decent people, he always keeps his promises. He treats people the way that he would've wanted to be treated.

Sincerely,
Maxim Shipilov

Naiļa Kolčina
17.05.1973
Parka 10-2, Olaine,
Riga district,
Latvia, LV-2114,
GSM. +37129994988
14.10.2015

Уважаемый, судья!

Я, Наиля Колчина, работаю по специальности управляющий производством в A/C Марупес Металмейстарс с 2007 года , в свободное время занимаюсь изучением йоги.

Мы с Денисом Чаловским вместе учились в магистратуре RIGA AERONAUTICAL INSTITUTE. За время учебы стали хорошими друзьями.Знаю его как положительного и добродушного человека. На него всегда можно положиться в трудную минуту, он всегда поможет, выслушает, посоветует. Он уважает старших, их мнение, никогда не видела,чтобы он с кем то конфликтовал ,самокритичен и с хорошим чуством юмора, нам всегда было весело и интересно вместе общаться, нам нравилось говорить о философии жизни, о том в чем смысл жизни и о правилах жизни. Нам обоим близка философия Артура Шопенгауэра, потому что в учении Шопенгауэра важное место занимает сострадание и справедливость, что для нас очень важно в жизни.

С уважением, Наиля Колчина

Honourable judge,

I, Naila Kolcina, working as a production manager for JSC Marupes Metalmeistars, studying yoga.
I with Denis Calovskis studied for master degree at the RIGA AERONAUTICAL INSTITUTE. During the studies, we became good friends. I think that Denis is positive and kind person. He is reliable, always ready to listen and to give an advice. He respects older people, their opinion. I have never seen him arguing. He is self-critical, has very good sense of humor. It has always been interesting to communicate with him. We liked talking about life philosophy, rules of life, sense of life. We both are into the philosophy of Schopenhauer, because the main ideas of his works are compassion and fairness, which is very important for us.

Faithfully yours,
Naiļa Kolčina

Here is few words about Denis (in russian)

Уважаемый судья,

Цель этого письма – охарактеризовать подсудимого Дениса Чаловского.

Меня зовут Алексей Макаревич, я являюсь гражданином Латвии. Мы знакомы с Денисом с раннего детства и поэтому, я считаю, что знаю его достаточно хорошо. Мы вместе учились в школе, долгое время сидели за одной партой, дружили, и проводили вместе свободное время после уроков. Наше общение продолжилось и после школы.

Денис всегда приходил на помощь, когда это было необходимо. Он всегда ставил перед собой высокие цели, и позитивно смотрел на мир! Он очень общительный и обладает хорошим чувством юмора. Он ответственный - в учебе и работе он всегда скрупулёзно подходил к решению поставленных задач.

Я помню с детства его увлечение США, он смотрел сериалы, слушал музыку, у него даже был звездно-полосатый флаг дома. Это ирония судьбы, что он сейчас находится в американской тюрьме. Я очень надеюсь на Вашу благосклонность и скорейшее возвращение Дениса домой.

С уважением,
Алексей Макаревич



Sicerely,
Alexey Makarevich

TRANSLATION OF THE ABOVE LETTER WTITTEN IN RUSSIAN INTO ENGLISH
BY: NELLY ALISHAEV
Words written in En lish - are in Italic

*Here is few words about Denis (in Russian)*

Your Honor,

The reason for this letter is to characterize the defendant Denis Chalovsky.

My name is Alexey Makarevich, I am a citizen of Latvia. I know Denis since early childhood, that's why I consider that I know him pretty well. We went to school to ether, we were sittin at the same school desk for a lon time, we were friends, and to ether we spent free time after school. We kept in touch even after school years.

Denis was always there and ready to help when it was necessary. He always established hi h oals for himself, and had a positive view on the world! He is very social, and has a ood sense of humor. He is responsible in his studies and work, he was always meticulous in solvin the tasks that were put before him.

I remember his interest to USA since childhood, he watched series of shows, listened to the music, and he even had a star-striped fla at home. Ironically, he is now in American jail. I hope very much for your mercifulness, and Denis's speedy return home.

Sincerely,
Alexey Makarevich


*Sincerely,*
*Alexey Makarevich*