Владимир Корниенко

Dammes iela 12-56

Rīga, LV-1067

Latvija.

T. +371 29842898

22.10.2015.


        Здравствуйте,

 Я, Владимир Корниенко, работаю в SIA „Jūrnieku speciālistu centrs", которая занимается пассажирскими перевозками на туристических автобусах. Являюсь соучредителем и водителем автобуса. Хочу рассказать о своём хорошем друге, Денисе Чаловском. Дениса я знаю только с самой хорошей стороны. Мы живём в одном районе города Риги, и у нас очень много общих друзей, от которых ещё до личного знакомства с Денисом, я слышал много положительных отзывов о нём. Когда нас познакомили, я был даже удивлён, что в наше время ещё есть настолько добрые, интересные и разносторонние люди. Денис очень отзывчивый друг и всегда приходит на помощь, касалось бы это просто моральной поддержки или сборки обеденного стола дома. С ним всегда есть о чём поговорить, так как человек очень начитанный и образованный, интересуется всеми сферами жизни, и экономикой, и политикой и просто мужскими увлечениями – машинами и мотоциклами. Денис всегда стремится вперёд, и в спорте и в образовании.  Подытожив выше сказанное, хотелось бы почаще в жизни встречать таких людей как Денис, но к сожалению, их очень мало.


С уважением,

 Владимир Корниенко.

TRANSLATION OF THE ABOVE LETTER WRIITEN IN RUSSIAN INTO ENGLISH
BY: NELLY ALISHAEV

Vladimir Kornienko

Dammes iela 12-56

Riga, LV-1067

Latvija

T. +371 29842898

10.22.2015

Hello,

My name is Vladimir Kornienko, I work at SIA "Jurnieku specialist centrs" that deals with tour
busses. I am a co-founder of the company, and a bus driver. I would like to tell you about my
good friend Denis Chalovsky. I know Denis to be a very good person. We live in the same
neighborhood in city Riga, and we have a lot of mutual friends, they told me a lot of good things
about Denis even before I personally met him. When we were introduced, I was even surprised
that we still have such kind, interesting, people with many accomplishments nowadays. Denis is
a very kind hearted friend, he is always there for you if you need help, it seems like it's simply
for just a moral support, or to assemble the dining table at home. There is always something to
talk about with him, since he is very knowledgeable and well educated person, he is interested in
every scope of life, in economics, and politics, and simply in men's hobbies - like cars and
motorcycles. Denis always looks forward in sport and education. Just summarizing the  above: I
would like very much to meet people like Denis more often in life, but unfortunately, there are
very few like him.

Sincerely,

Vladimir Kornienko.

Wednesday, November 25, 2015 2:55 PM

**Subject: Re: Dennis Calovskis**
**Date:** Thursday, October 15, 2015 at 7:33 AM
**From:** Jelena Chalovska <jelena777ch@gmail.com>
**To:** "David K. Bertan, Esq." <dbertan@yahoo.com>

Уважаемый судья Ваша Честь

   Я, Зарема Рябикина, пенсионерка. 35 лет проработала в Рижском строительном колледже и занималась воспитанием молодежи, которые
   жили в отеле колледжа, там не было родителей, я была и мама и папа. Я живу в одном доме с Денисом .Семью знаю 30 лет.Денис добрый,
   вежливый ,коммуникабельный молодой человек Я имею малолитражную авто машину с маленькими колесами. Зимой моя машина попала
   в снег и я не могла выехать ,мне нужна была помощь .Денис шел домой, остановился, расчистил снег и припарковал машину, помог донести
   тяжелый груз. Молодежь не часто помогает пожилым людям ,но Денис хорошо воспитан ,добросовестно ухаживал за больным отцом ,нежно
   и заботливо относится к маме.

   С  уважением      Зарема Рябикина

2015-10-09 23:39 GMT+03:00 Jelena Chalovska <jelena777ch@gmail.com>:

   Dear Mr, judge Your honor, I Zarema Ryabikina, retired 35 years worked in Riga construction College and was engaged in education of youth, who lived in the hotel College, there were no parents, I was mom and dad .I live in the same house with Dennis. Family know 30 years. Dennis komunikabili, humble, modest ,kind ,polite young man. I have used the carand ,it has a small wheel in the.Winter my car hit the snow and I could not leave my nuhn was to help .Dennis was walking home ,stopped ,cleared the snow and prepartal the car ,helped to convey heavy load. Youth don't often helps the elderly ,but Dennis is very well bred, in good faith, cared for the sick dad and gently and lovingly refers to her mother.
   Sincely   Zarema Ryabikina

   Zarema Ryabikina

Zentenas 20 - 90
Riga LV-1069,Latvija
tel.+37129726306 <tel:%2B37129726306>
10.10.2015g

**Subject:** Re: Deniss Calovskis
**Date:** Thursday, October 15, 2015 at 7:03 AM
**From:** Jelena Chalovska <jelena777ch@gmail.com>
**To:** "David K. Bertan, Esq." <dbertan@yahoo.com>
**Category:** Junk

Елена Чаловская
Зентенес 20-93
Рига Lv-1069 Латвия
тел 29354039
15102015

  Уважаемый судья Ваша Честь

 Меня зовут Елена Чаловская, я мама Дениса, пенсионерка. Я хочу рассказать о моем сыне.

 Денис хорошо учился, уважал учителей и одноклассников, получал похвальные грамоты.

 Я хотела, чтобы сын правильно развивался, понимал, как прекрасен мир вокруг нас, мы по-
 сещали театры, музеи, выставки ,обсуждали увиденное. Семья у нас была дружная, мы люби-
 ли друг друга .В январе 2014 г умер мой муж, отец Дениса ,болезнь была тяжелая, рак. Я и Денис
 ухаживали за отцом до последней минуты. Денис переносил отца на руках, стриг волосы и усы,
 брил лицо. После смерти отца, Денис стал платить коммунальные платежи за квартиру. У меня
 маленькая пенсия, 253 eur, поэтому я не могу встретиться с сыном, но я его жду каждый день.

 Денис для меня не только сын,он мой друг.

  С уважением    Елена Чаловская


2015-10-10 20:06 GMT+03:00 Jelena Chalovska <jelena777ch@gmail.com>:


 r  Dear Mr..,udgci Your llonor!

 My name is Elena Calovski .I am the mother of Denis ,retired .I

want  tu tell about my son .Denis studied well ,respected by teachers and classmates, received diplomas. I wanted a son developed correctly, understood  what a beautiful world, we  visited the theatres,, the museums, exhibition, discussed what he saw the .Family was friendly, we loved and understood each other. In january 2014 my husband died, father Denis, the disease was severe cancer. Denis and I looked until the last minute, Denis of dad endured at the hands, of shorn hair and

moustache ,shaved face. After the death of his father Denis was to pay utility payments for the apartment .I Have a small pension 253 euros, so I can't meet my son ,but I'm waiting for him every day. Denis not just my son, he's my friend.


   Sincely        Jelena Calovska

# SABIEDRĪBA AR IEROBEŽOTU ATBILDĪBU

# INSAT



Nr. 40103314514
Edinburgas prospekts 29, Jūrmalā, LV-2015
Talr. 67769701

07.10.2015.g.
Nr. 14/01

## Характеристика.

Я, Елена Викмане, владею фирмой " INSAT", которая занимается установкой охранной сигнализации и противопожарных систем. Денис Чаловский работал на фирме год, занимался установкой видео и был ответственным за работу компьютеров на фирме. К работе относился очень ответственно, профессионально. Неоднократно оказывал помощь сотрудникам в работе с компьютерными программами, и при необходимости мог отремонтировать компьютеры и улучшить показатели используемых рабочих программ, что было важно для фирмы и небыло необходимости привлекать работников со стороны.

Был случай, когда произошел серьезный сбой бухгалтерской программы, были уничтожены данные, которые помог восстановить Денис, без участия специального программиста,. Фирма очень благодарна за ответственную и качественную работу.

В коллективе Денис уважительно относился к коллегам. Был дисциплинированным и исполнительным работником. По складу характера очень скромный и ответственный. Фирма готова принять при необходимости Дениса на работу.

Владелец предприятия и председатель правления

Елена Викмане

TRANSLATION OF THE ABOVE LETTER WRITTEN IN RUSSIAN INTO ENGLISH
BY: NELLY ALISHAEV

## SABIDRIBA AR IEROBEZOTU ATBILDIBU

# I N S A T

Nr. 40103314514

Edinburgas prospekts 29, jurmala, LV-2015

Talr. 67769701

10.07.2015
Nr. 14/01

## Characteristic.

I, Elena Vikmane, the owner of the company "INSAT" that installs security alarms and fire –
protection systems. Denis Chalovsky worked a year for the company, he took care of installing
video and was responsible for the work of computers at the company.  He was very responsible
and professional towards his job. Numerous times he helped his coworkers with the
computer programs, and if it was necessary he could fix computers, and he could make the
working computer programs work better, which was important for the company, and we didn't
have to hire someone from outside to do the job.
There was a time when a serious crush of a bookeping program occured, all the data was
destroyed, but Denis was able to restore everything without the help of a special computer
programmer. The company is very grateful fora responsible and a high quality job.

Denis was very respectful to his colleagues. He was disciplined and diligent worker. He was very
humble and responsible. The company is ready to hire him at any time if it is necessary.

The Owner of the company and Chairman

Elena Vikmane
                        Signature

LATVIAN MEDICAL ASSOCIATION
LETTISCHER ÄRZTEVEREIN
SOCIÉTÉ DES MÉDÉCINS DE LETTONIE
SKOLAS IELA 3, RĪGA, LV-1010, LATVIJA
REG. NR. 40008000051
TÄLR. +371 67220661 · FAKSS: +371 67220657
E-PASTS: LAB@ARSTUBIEDRIBA.LV
WWW.ARSTUBIEDRIBA.LV

# Latvijas Ārstu biedrība

Riga, November 19th, 2015 Nr. 01.23.2/208

*Characteristics of Deniss Čalovskis*

Latvian Medical Association certified Latvian doctors and deals with their continuing education, bringing together more than 4,000 members. It is the most important Latvian medical organization, in which Deniss Čalovskis worked as a programmer since 2014.

He was developing the Latvian national public health portal, administering the Latvian Annual Award in Medicine voting system, as well as upgrading our database. Te work Deniss Čalovskis was doing was of great importance of the Latvian society.

The Latvian Medical Association expected the portal to be an extensive configuration homepage, which is based on advanced social networking media policy and online magazines/ websites that will be a resource of competence in public health (similar to www.medline.com).

As to electronic media in Latvia, currently over 80% of information about medicine and health is directly or indirectly subsidized by sponsors and distributors of dietary supplements as well as distributors or manufacturers of over-the-counter medicines. The Latvian Medical Associations interests are to present correct modern, evidence-based, comprehensive and easily readable information on public health aspects, healthy lifestyle and diet, diseases, diagnosis, treatment and so on to the people of Latvia. To make competent and reasonable healthcare information available to general public, currently work is in progress to create a leading public health and medicine media in Latvia, the quality of which will be guaranteed by the Latvian Medical Association. Its task will be to ensure that the information circulated in the Latvian medical environment in the area of medicine and public health is correct, as well as to enable the creators of a portal /electronic journal/social media to broadly access health service providers.

Deniss Čalovskis, on behalf of the Latvian Medical Association, was in charge of these critical media projects. I can characterize him as a very orderly, hardworking, dedicated and highly professional staff member. His contribution to the development of medical and public health information system is very large indeed.

Without denying having a fair and impartial trial in the United States, I would like to appeal to you that the employee of the Latvian Medical Association Deniss Čalovskis is a very good and hard-to-replace employee, a man with a very good education. The Latvian Medical Association would be willing to cooperate with him also further on. Therefore we ask the Court to take into account the contribution Deniss Čavloskis has to the Latvian Medical Association and the society as a whole.

Sincerely,

Peteris Apinis
President of the Latvian Medical Association

# SABIEDRĪBA AR IEROBEŽOTU ATBILDĪBU
## EVOR.M



Reģ. Nr. 40003321577
Edinburgas prospekts 29, Jūrmalā, LV-2015
Tālr. 67769701 Fakss 67761324
E-pasts: ofiss@evorm.lv

Court of the United States of America.

08.10.2015.  Nr. 87

Dear Mr.Judge!  Your Honor!

My company EVOR.M is the largest (to the Latvian measures) company that provides services for the protection of property, both public, business and private owners. I met with Denis Čalovsky in 2006 when I employed him for a job at my company as the operator of the monitoring center. My company worked with Denis from 01.07.2006 to 13.02.2007 year and from 15.07.2014 to 01.02.2015 year. During the work Denis has established itself as neat and conscientious employer. He was tactful to colleagues. Often, it's helping team to solve a problems, even in their free time for free. During this period no cases of bad performance of his work .

Sincerely
Oleg Metelkovs
Owner of company

Уважаемый господин судья! Ваша Честь!
Моя компания является крупнейшим ( по латвийским меркам) предприятием, которое предоставляет услуги по охране имущества, как государственных, так и частных владельцев. Я познакомился с Денисом Чаловским в 2006 году, когда принял его на работу в свою компанию в качестве оператора центра мониторинга.  В моей компании Денис трудился с 01.07.2006 года до 13.02.2007 года и и 15.07.2014.года до 01.02.2015.года. За время работы Денис зарекомендовал себя как аккуратный и добросовестный исполнитель.  Был тактичен с коллегами.  Часто, совершенно безкорыстно, помогал решать рабочие проблемы даже в свободное от работы время. За указанный перид не зафиксированно случаев недобросовестного выполнения своих обязанностей.

С глубоким уважением
Олег Метельков
Владелец компании