```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

DENISS CALOVSKIS,

    Defendant.

-----------------------------------------------------------x

12-CR-487 (KMW)

ORDER

WOOD, D.J.:

    The Court hereby notifies the parties that it is considering a longer term of imprisonment for Mr. Calovskis than that recommended by the prosecutors. The Court requests that the Government address, in a letter to the Court, why a sentence of 24 months would be "sufficient but not greater than necessary to serve the legitimate purposes of sentencing." The Court's concern is that his crime facilitated theft of information from 17,000 computers in the United States, and more than a million worldwide. Notwithstanding that Defendant's role was limited to developing "web injects" for the Gozi virus and other banking malware, it appears to the Court that the goal of general deterrence may not be served by a 24-month sentence. If the defense wishes to address this point further, it may do so. If the Court has these submissions by 10:00 a.m., December 14, 2015, the Court can go forward with sentencing on December 14. If not, a new sentencing date will be scheduled.

    SO ORDERED.

DATED: New York, NY
          December 11, 2015

                                              KIMBA M. WOOD
                                              United States District Judge