

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 11, 2015

**BY ECF & ELECTRONIC MAIL**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Deniss Calovskis*, 12 Cr. 487 (KMW)

Dear Judge Wood:

    The Government respectfully submits this letter in light of the Court's order, dated December 11, 2015, regarding the above-referenced defendant's sentencing. I have spoken with defense counsel who is out of the country until Sunday evening with limited access to phone or email. Accordingly, counsel will not be able to address fully the issues identified in the Court's order prior to the scheduled December 14, 2015 sentencing. Therefore, the parties jointly request that the scheduled sentencing be adjourned. If the Court grants the parties' request, the parties will propose a new sentencing date on Monday.

        Respectfully submitted,

        PREET BHARARA
        United States Attorney


    By:  /s/ Daniel Tehrani
        Daniel B. Tehrani
        Assistant United States Attorney
        (212) 637-2455

cc: David Bertan, Esq. (by electronic mail)