# DAVID K. BERTAN
ATTORNEY AT LAW
888 GRAND CONCOURSE, SUITE 1N
BRONX, NEW YORK 10451

(718) 742-1688
FAX (718) 585-8640
E-MAIL: DBERTAN@YAHOO.COM

February 1, 2016

Hon. Kimba M. Wood, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    USA v. Calovskis
            Docket No. 12-Cr-487 (KMW)

Dear Judge Wood:

On January 5, 2016, Mr. Calovskis appeared before you for sentencing in the above matter. Mr. Calovskis would like a copy of his sentencing minutes to review now that he has been returned to Latvia. He is indigent; I was assigned to represent him pursuant to the Criminal Justice Act. I am respectfully requesting that you authorize me to obtain a copy of the sentencing minutes under the CJA act.

Thank you for your consideration in this matter.

Very truly yours,

David K. Bertan

DKB
cc: AUSA Daniel Tehrani (via e-mail)